UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MIGUEL A. MODESTO,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - - x

**REVISED SCHEDULING ORDER**

20 Civ. 10552 (BCM)

1)    Defendant shall file a motion for judgment on the pleadings by **January 31, 2022**.

2)    Plaintiff shall file a response to Defendant's motion and any cross-motion by **March 31, 2022**.

3)    Defendant shall file any reply by **April 21, 2022**.

Dated: New York, New York
       December 23, 2021

**The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff.**

SO ORDERED:

_____
HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE